

No. 3:18-CV-51-CWR-LRA

LUKE REED, JR.,

*Plaintiff,*

v.

PELICIA HALL & JUDGE WEILL,

*Defendants.*

ORDER ADOPTING REPORT & RECOMMENDATION

Before CARLTON W. REEVES, *District Judge*.

Magistrate Judge Linda R. Anderson has filed a Report and Recommendation in this case. The Report recommends that this Court dismiss with prejudice the complaint filed by Luke Reed, Jr. against Judge Jeff Weill.[1] Objections to that Report were due May 22, 2018. Reed has not filed any objections.

---

[1] *Report & Recommendation*, Docket No. 6.

The Court concludes that the Report is not clearly erroneous or contrary to law. Under Federal Rule of Civil Procedure 72, the Court will ADOPT the Report's recommendations and dismiss Judge Weill from this case.

SO ORDERED, this the 16th day of July, 2018.

s/ CARLTON W. REEVES<br>
*United States District Judge*